Form 132 − 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 26−21292−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Abdul Azziz Sylla
101 4th Ave
Lindenwold, NJ 08021−3415

Social Security No.:
xxx−xx−6475

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date: 12/16/26
Time: 10:00 AM
Location: 4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 27, 2026
JAN: jgd

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-21292-JNP

Abdul Azziz Sylla Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3

Date Rcvd: Oct 27, 2026 Form ID: 132 Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Abdul Azziz Sylla, 101 4th Ave, Lindenwold, NJ 08021-3415 |
| 521386789 | | Borough of Lindenwold, 15 N White Horse Pike, Lindenwold, NJ 08021-7564 |
| 521386793 | | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339, Minneapolis, MN 55458-3399 |
| 521386794 | | County of Camden, Attn: Bankruptcy, 520 Market St, Camden, NJ 08102-1300 |
| 521386799 | | Jefferson Health, 1101 Market St Ste 2400, Philadelphia, PA 19107-2934 |
| 521386800 | | Lawn Doctor Inc., Attn: Bankruptcy, 142 NJ-34, Holmdel, NJ 07733-2090 |
| 521386809 | + | State of New Jersey, Motor Vehicle Commission, Attn: Bankruptcy, 225 East State St, PO Box 136 Trenton, NJ 08601-0136 |
| 521386817 | | Urge Fitness, Attn: Bankruptcy, 968 Parkway Ave, Ewing, NJ 08618-2317 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2026 23:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2026 23:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521386784 | | Email/Text: cs@aldouslegal.com | Oct 27 2026 23:14:00 | Aldous and Associates PLLC, Attn: Bankruptcy, PO Box 171374, Holladay, UT 84117-1374 |
| 521386783 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 27 2026 23:31:11 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 521386785 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Oct 27 2026 23:14:00 | American First Finance, Attn: Bankruptcy, P.O. Box 565848, Dallas, TX 75356-5848 |
| 521386786 | | Email/Text: bky@americanprofit.net | Oct 27 2026 23:14:00 | American Profit Recovery, Attn: Bankruptcy, 34505 W 12 Mile Rd #333, Farmington Hills, MI 48331-3288 |
| 521386787 | | Email/Text: csc.bankruptcy@amwater.com | Oct 27 2026 23:14:00 | American Water, Attn: Bankruptcy, 1 Water St, Camden, NJ 08102-1658 |
| 521386788 | | Email/Text: bankruptcy@pepcoholdings.com | Oct 27 2026 23:14:00 | Atlantic City Electric Co., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Dr Ste 2133, Carneys Point, NJ 08069-3600 |
| 521386790 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2026 23:13:29 | Capital Bank N.A, Attn: Bankruptcy, 2275 Research Blvd Suite 600, Rockville, MD 20850-6238 |
| 521386791 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2026 23:13:38 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521386792 | | Email/Text: bankruptcy@cavps.com | Oct 27 2026 23:14:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 521386795 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2026 23:13:20 | Credit One Bank, Attn: Bankruptcy, 6801 S |

| | | | | |
|---|---|---|---|---|
| | | | | Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521386796 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 27 2026 23:13:00 | Fortiva, Attn: Bankruptcy, 5 Concourse Pkwy Ste 300, Atlanta, GA 30328-6101 |
| 521386797 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2026 23:14:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521386811 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Oct 27 2026 23:14:00 | T-Mobile, Attn: Bankruptcy, PO Box 53410, Bellevue, WA 98015-3410 |
| 521386798 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2026 23:14:00 | Jefferson Capital Systems LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 521386801 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2026 23:13:21 | LVNV Funding LLC, Attn: Bankruptcy, 355 S Main St, Greenville, SC 29601-2923 |
| 521399440 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2026 23:13:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521386802 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 27 2026 23:13:00 | NJ E-ZPass, Attn: Bankruptcy, PO Box 4971, Trenton, NJ 08650-4971 |
| 521386803 | + | Email/Text: destill@redcanoecu.com | Oct 27 2026 23:13:00 | Red Canoe Credit Union, Attn: Bankruptcy, PO Box 3020, Longview, WA 98632-0320 |
| 521386804 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2026 23:13:30 | Resurgent Capital Services LLC, Attn: Bankruptcy, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 521386805 | | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 27 2026 23:14:00 | Rocket Mortgage LLC, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 521386808 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 27 2026 23:13:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521386806 | + | Email/Text: bankruptcynotice@sjindustries.com | Oct 27 2026 23:14:00 | South Jersey Gas Co., Attn: Bankruptcy, 1 S Jersey Plz, Hammonton, NJ 08037-9100 |
| 521386807 | ^ | MEBN | Oct 27 2026 23:06:52 | State of New Jersey, Office of Attorney General, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521386810 | + | Email/Text: randall.rees@tabbank.com | Oct 27 2026 23:13:00 | TAB Bank, Attn: Bankruptcy, 4185 Harrison Blvd, Ogden, UT 84403-6400 |
| 521386812 | | Email/Text: accountservicing@trueaccord.com | Oct 27 2026 23:14:00 | TrueAccord, Attn: Bankruptcy, 16011 College Blvd Ste 130, Lenexa, KS 66219-9877 |
| 521386813 | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2026 23:14:00 | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 521386814 | ^ | MEBN | Oct 27 2026 23:07:01 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 521386815 | | Email/Text: bankruptcy@uwm.com | Oct 27 2026 23:14:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 S Blvd E, Pontiac, MI 48341-3163 |
| 521386816 | | Email/Text: bknotice@upgrade.com | Oct 27 2026 23:13:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 521386818 | | Email/Text: virtuapatientaccounting@virtua.org | Oct 27 2026 23:14:00 | Virtua Health, Attn: Bankruptcy, 303 Lippincott Dr # 4, Marlton, NJ 08053-4160 |
| 521386819 | | Email/Text: bankruptcy@webbank.com | Oct 27 2026 23:13:00 | WebBank, Attn: Bankruptcy, PO Box 757, Portsmouth, NH 03802-0757 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521399441 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Laura M. Egerman | on behalf of Creditor Rocket Mortgage LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Michael I. Assad | on behalf of Debtor Abdul Azziz Sylla mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4