**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security **0** Assumption of Executory Contract or unexpired Lease **0** Lien Avoidance

**Last revised: November 14, 2023**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re: Abdul Azziz Sylla,

Case No.: 26-21292-JNP

Judge: Poslusny

Debtor(s)

## Chapter 13 Plan and Motions

☒ Original ☐ Modified/Notice Required Date: 10/26/2026

☐ Motions Included ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as “Does Not” or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☒ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7c.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7c.

Initial Debtor(s)' Attorney: /s/ MIA Initial Debtor: /s/ AAS Initial Co-Debtor: ____________

## Part 1: Payment and Length of Plan

a. The debtor shall pay to the Chapter 13 Trustee **$650.00** monthly for **60** months starting on the first of the month following the filing of the petition. (If tier payments are proposed) : and then $ _________ per month for ______ months; $ _________ per month for ______ months, for a total of ______ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☒ Other sources of funding (describe source, amount and date when funds are available):

Severance payment of October 2026

c. Use of real property to satisfy plan obligations:

☐ Sale of real property:
Description:
Proposed date for completion: ___________________

☐ Refinance of real property:
Description:
Proposed date for completion: ___________________

☐ Loan modification with respect to mortgage encumbering real property:
Description:
Proposed date for completion: ___________________

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

☐ If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e. For debtors filing joint petition:

☐ Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

Initial Debtor: /s/ AAS Initial Co-Debtor: ______________

## Part 2: Adequate Protection ☒ NONE

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: TBD |
| DOMESTIC SUPPORT OBLIGATION | | NONE |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

## Part 4: Claims Secured

a. **Curing Default and Maintaining Payments on Principal Residence: ☐ NONE**

The Debtor will pay to the Trustee allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor monthly obligations due after the bankruptcy filing as follows:

| Name of Creditor | Collateral or Type of Debt (identify property and add street address, if applicable) | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor by Trustee | Regular Monthly Payment Direct to Creditor |
|---|---|---|---|---|---|
| Rocket Mortgage LLC | 101 4th Ave Lindenwold, NJ 08021-3415 | $8,000.00 | $0.00 | $8,000.00 | Debtor shall pay the regular monthly payment pursuant to the terms of the underlying loan documents unless otherwise ordered. |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE**

c. **Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506: ☒ NONE**

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☒ NONE**

e. **Surrender ☒ NONE**

f. **Secured Claims Unaffected by the Plan ☒ NONE**

g. **Secured Claims to be Paid in Full Through the Plan: ☒ NONE**

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than **$22,185.00** to be distributed *pro rata*

☐ Not less than _____________ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis For Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases ☒ NONE

## Part 7: Motions ☒ NONE

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Chapter 13 Standing Trustee Fees, upon receipt of funds
2) Other Administrative Claims
3) Priority Unsecured Claims
4) Lease Arrearages
5) Secured Claims
6) General Unsecured Claims

d. **Post-Petition Claims**

The Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification ☒ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: ____________________

Explain below why the plan is being modified:

| |
|---|
| |

Are Schedules I and J being filed simultaneously with this Modified Plan? ☐ Yes ☐ No

## Part 10: Non-Standard Provision(s)

Non-Standard Provisions:

☐ NONE

☒ Explain here:

| |
|---|
| A liquidation analysis under 11 U.S.C. § 1325(a)(4) is attached as Exhibit A and incorporated herein by reference. |

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date: 10/26/2026 /s/ Abdul Azziz Sylla
Debtor

Date: ____________________ ____________________
Joint Debtor

Date: 10/26/2026 /s/ Michael I. Assad

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor(s)*

# Exhibit A

# Estimated Chapter 7 Liquidation Analysis

| Sch. A/B line | Asset | Fair market value | Less: Costs of sale | Less: Liens | Net equity | Less: Exemption | Non-exempt value |
|---|---|---|---|---|---|---|---|
| 1.1 | Real property | $310,000 | ($31,000) | ($198,083) | **$80,917** | ($33,250) | **$47,667** |
| 3.1 | Motor vehicles | $3,890 | – | – | **$3,890** | ($3,890) | **$0** |
| 6 | Household goods and furnishings | $1,000 | – | – | **$1,000** | ($1,000) | **$0** |
| 7 | Electronics | $900 | – | – | **$900** | ($900) | **$0** |
| 11 | Clothes | $250 | – | – | **$250** | ($250) | **$0** |
| 12 | Jewelry | $25 | – | – | **$25** | ($25) | **$0** |
| 16 | Cash | $20 | – | – | **$20** | – | **$20** |
| 17 | Deposits of money | $262 | – | – | **$262** | – | **$262** |
| 21 | Retirement or pension accounts | $3,251 | – | – | **$3,251** | ($3,251) | **$0** |
| **Totals** | | **$319,598** | **($31,000)** | **($198,083)** | **$90,515** | **($42,566)** | **$47,949** |

| | |
|---|---|
| **Total non-exempt value** | **$47,949** |
| Less: Chapter 7 trustee commission | ($18,764) |
| Less: Trustee's counsel fees (estimated) | ($5,000) |
| Less: Trustee's accountant fees (estimated) | ($2,000) |
| **Total Chapter 7 administrative expenses** | **($25,764)** |
| **Amount to be paid to general unsecured creditors** | **$22,185** |

United States Bankruptcy Court

District of New Jersey

In re:
Abdul Azziz Sylla
Debtor

Case No. 26-21292-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 3
Date Rcvd: Oct 27, 2026 Form ID: pdf901 Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Abdul Azziz Sylla, 101 4th Ave, Lindenwold, NJ 08021-3415 |
| 521386789 | | Borough of Lindenwold, 15 N White Horse Pike, Lindenwold, NJ 08021-7564 |
| 521386793 | | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339, Minneapolis, MN 55458-3399 |
| 521386794 | | County of Camden, Attn: Bankruptcy, 520 Market St, Camden, NJ 08102-1300 |
| 521386799 | | Jefferson Health, 1101 Market St Ste 2400, Philadelphia, PA 19107-2934 |
| 521386800 | | Lawn Doctor Inc., Attn: Bankruptcy, 142 NJ-34, Holmdel, NJ 07733-2090 |
| 521386809 | + | State of New Jersey, Motor Vehicle Commission, Attn: Bankruptcy, 225 East State St, PO Box 136 Trenton, NJ 08601-0136 |
| 521386817 | | Urge Fitness, Attn: Bankruptcy, 968 Parkway Ave, Ewing, NJ 08618-2317 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2026 23:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2026 23:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521386784 | | Email/Text: cs@aldouslegal.com | Oct 27 2026 23:14:00 | Aldous and Associates PLLC, Attn: Bankruptcy, PO Box 171374, Holladay, UT 84117-1374 |
| 521386783 | | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 27 2026 23:31:19 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 521386785 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Oct 27 2026 23:14:00 | American First Finance, Attn: Bankruptcy, P.O. Box 565848, Dallas, TX 75356-5848 |
| 521386786 | | Email/Text: bky@americanprofit.net | Oct 27 2026 23:14:00 | American Profit Recovery, Attn: Bankruptcy, 34505 W 12 Mile Rd #333, Farmington Hills, MI 48331-3288 |
| 521386787 | | Email/Text: csc.bankruptcy@amwater.com | Oct 27 2026 23:14:00 | American Water, Attn: Bankruptcy, 1 Water St, Camden, NJ 08102-1658 |
| 521386788 | | Email/Text: bankruptcy@pepcoholdings.com | Oct 27 2026 23:14:00 | Atlantic City Electric Co., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Dr Ste 2133, Carneys Point, NJ 08069-3600 |
| 521386790 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2026 23:13:20 | Capital Bank N.A, Attn: Bankruptcy, 2275 Research Blvd Suite 600, Rockville, MD 20850-6238 |
| 521386791 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 27 2026 23:13:38 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521386792 | | Email/Text: bankruptcy@cavps.com | Oct 27 2026 23:14:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 521386795 | | Email/PDF: creditonebknotifications@resurgent.com | Oct 27 2026 23:13:20 | Credit One Bank, Attn: Bankruptcy, 6801 S |

| | | | | |
|---|---|---|---|---|
| | | | | Cimarron Rd, Las Vegas, NV 89113-2273 |
| 521386796 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 27 2026 23:13:00 | Fortiva, Attn: Bankruptcy, 5 Concourse Pkwy Ste 300, Atlanta, GA 30328-6101 |
| 521386797 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2026 23:14:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521386811 | | Email/Text: JCTMO_BNC_Notices@JCAP.COM | Oct 27 2026 23:14:00 | T-Mobile, Attn: Bankruptcy, PO Box 53410, Bellevue, WA 98015-3410 |
| 521386798 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2026 23:14:00 | Jefferson Capital Systems LLC, Attn: Bankruptcy, 200 14th Ave E, Sartell, MN 56377-4500 |
| 521386801 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2026 23:13:30 | LVNV Funding LLC, Attn: Bankruptcy, 355 S Main St, Greenville, SC 29601-2923 |
| 521399440 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2026 23:13:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521386802 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 27 2026 23:13:00 | NJ E-ZPass, Attn: Bankruptcy, PO Box 4971, Trenton, NJ 08650-4971 |
| 521386803 | + | Email/Text: destill@redcanoecu.com | Oct 27 2026 23:13:00 | Red Canoe Credit Union, Attn: Bankruptcy, PO Box 3020, Longview, WA 98632-0320 |
| 521386804 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2026 23:13:21 | Resurgent Capital Services LLC, Attn: Bankruptcy, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 521386805 | | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 27 2026 23:14:00 | Rocket Mortgage LLC, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 521386808 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 27 2026 23:13:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521386806 | + | Email/Text: bankruptcynotice@sjindustries.com | Oct 27 2026 23:14:00 | South Jersey Gas Co., Attn: Bankruptcy, 1 S Jersey Plz, Hammonton, NJ 08037-9100 |
| 521386807 | ^ | MEBN | Oct 27 2026 23:06:52 | State of New Jersey, Office of Attorney General, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521386810 | + | Email/Text: randall.rees@tabbank.com | Oct 27 2026 23:13:00 | TAB Bank, Attn: Bankruptcy, 4185 Harrison Blvd, Ogden, UT 84403-6400 |
| 521386812 | | Email/Text: accountservicing@trueaccord.com | Oct 27 2026 23:14:00 | TrueAccord, Attn: Bankruptcy, 16011 College Blvd Ste 130, Lenexa, KS 66219-9877 |
| 521386813 | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2026 23:14:00 | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 521386814 | ^ | MEBN | Oct 27 2026 23:07:01 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 521386815 | | Email/Text: bankruptcy@uwm.com | Oct 27 2026 23:14:00 | United Wholesale Mortgage, Attn: Bankruptcy, 585 S Blvd E, Pontiac, MI 48341-3163 |
| 521386816 | | Email/Text: bknotice@upgrade.com | Oct 27 2026 23:13:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 521386818 | | Email/Text: virtuapatientaccounting@virtua.org | Oct 27 2026 23:14:00 | Virtua Health, Attn: Bankruptcy, 303 Lippincott Dr # 4, Marlton, NJ 08053-4160 |
| 521386819 | | Email/Text: bankruptcy@webbank.com | Oct 27 2026 23:13:00 | WebBank, Attn: Bankruptcy, PO Box 757, Portsmouth, NH 03802-0757 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521399441 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Laura M. Egerman | on behalf of Creditor Rocket Mortgage LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Michael I. Assad | on behalf of Debtor Abdul Azziz Sylla mike@assad.law mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4